ACCEPTED
03-14-00485-CV
4400284
THIRD COURT OF APPEALS
AUSTIN, TEXAS
3/6/2015 12:44:45 PM
JEFFREY D. KYLE
CLERK

## No. 03-14-00485-CV

IN THE THIRD COURT OF APPEALS
AUSTIN, TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS

3/6/2015 12:44:45 PM

JEFFREY D. KYLE
Clerk

**JOHN REED, JR.,** *Appellant*

**v.**

**FARMERS INSURANCE GROUP,** *Appellee*

On Appeal from Cause No. 259,941-C
In the 169th District Court of Bell County, Texas

## NOTICE OF APPEARANCE AND DESIGNATION OF LEAD APPELLATE COUNSEL FOR APPELLEE FARMERS INSURANCE GROUP

Levon G. Hovnatanian
State Bar No. 10059825
*hovnatanian@mdjwlaw.com*
Christopher W. Martin
State Bar No. 13057620
*martin@mdjwlaw.com*
Kevin G. Cain
State Bar No. 24012371
*cain@mdjwlaw.com*
MARTIN, DISIERE, JEFFERSON & WISDOM, L.L.P.
808 Travis, 20th Floor
Houston, Texas 77002
(713) 632-1700 – Telephone
(713) 222-0101 – Facsimile

Michael J. Watson
State Bar No. 24008246
*watson@mdjwlaw.com*
MARTIN, DISIERE, JEFFERSON & WISDOM, L.L.P.
16000 N. Dallas Parkway, Suite 800
Dallas, Texas 75248
(214) 420-5500 – Telephone
(214) 420-5501 – Facsimile

**TO THE HONORABLE COURT OF APPEALS:**

Comes now the appellee—Farmers Insurance Group—and files this Notice of Appearance and Designation of Lead Appellate Counsel. The appellee hereby designates the following individual as its lead appellate counsel:

Levon G. Hovnatanian
*hovnatanian@mdjwlaw.com*
State Bar No. 10050925
MARTIN, DISIERE, JEFFERSON & WISDOM, L.L.P.
808 Travis, 20th Floor
Houston, Texas 77002
(713) 632-1700—Telephone
(713) 222-0101—Facsimile

Christopher W. Martin, Kevin G. Cain, and Michael Watson, whose State Bar numbers and contact information appear in the signature blocks below, also represent the appellee in this appeal.

In conclusion, Farmers Insurance Group respectfully asks the Court to accept this Notice of Appearance and Designation of Lead Appellate Counsel and consider Mr. Hovnatanian as its lead appellate counsel.

Respectfully submitted,

MARTIN, DISIERE, JEFFERSON & WISDOM, L.L.P.


By: */s/ Levon G. Hovnatanian*
 Levon G. Hovnatanian
 State Bar No. 10059825
 *hovnatanian@mdjwlaw.com*

By: */s/ Christopher W. Martin*
 Christopher W. Martin
 State Bar No. 13057620
 *martin@mdjwlaw.com*

By: */s/ Kevin G. Cain*
 Kevin G. Cain
 State Bar No. 24012371
 *cain@mdjwlaw.com*

808 Travis, 20th Floor
Houston, Texas 77002
(713) 632-1700 – Telephone
(713) 222-0101 – Facsimile

By: */s/ Michael J. Watson*
 Michael J. Watson
 State Bar No. 24008246
 *watson@mdjwlaw.com*

16000 N. Dallas Parkway, Suite 800
Dallas, Texas 75248
(214) 420-5000 – Telephone
(214) 420-5501 – Facsimile

ATTORNEYS FOR APPELLEE
FARMERS INSURANCE GROUP

2

## CERTIFICATE OF COMPLIANCE

This is to certify that this computer-generated notice of appearance and designation of lead appellant counsel for appellee Farmers Insurance Group contains 123 words.

/s/ Levon G. Hovnatanian
Levon G. Hovnatanian
Dated: March 6, 2015

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing Notice of Appearance and Designation of Lead Appellee Counsel has been served to the individuals listed below, by the method indicated, on this 6th day of March 2015:

John Reed, Jr., *pro se*
715 S. 32nd Street
Temple, Texas 76501
(*via CM-RRR 7014 1200 0000 7830 1242*)

/s/ Levon G. Hovnatanian
Levon G. Hovnatanian